MARK JONES, Plaintiff, v BRILAR ENTERPRISES, INC., Defendant and Third-Party Plaintiff-Appellant. JOHN L. MEHM, Third-Party Defendant-Respondent. (Appeal No. 2.)— Judgment unanimously affirmed with costs. Same Memorandum as in *Jones v Brilar Enters.* (184 AD2d 1077 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Notaro, J.—Indemnification.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.